PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Mark Gregory, Jr.  Cr.: 22-00398-001
PACTS #: 7147271

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/05/2023

Original Offense:   Count One: Theft of Government Property, 18 US.C. 641
Count Two: Bank Fraud, 18 U.S.C. 1344

Original Sentence: 14 Days imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, No New Debt/Credit

Type of Supervision: Supervised Release    Date Supervision Commenced: 02/17/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**

On February 21, 2023, Mr. Gregory reported to the Probation Office immediately after sentencing. He was drug tested and was positive for Marijuana.

Prob 12A – page 2
Mark Gregory, Jr.

U.S. Probation Officer Action:

Mr. Gregory was verbally reprimanded for using Marijuana prior to sentencing. He apologized and stated it would not happen again. He is currently working as a store clerk at Wawa in Union Township. The Probation Office is not recommending any court action to be taken. We will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*          *3/1/23*

KEVIN M. VILLA              Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

3/6/2023
Date